

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  2:10-MJ-0228 DAD
12           Plaintiff,            )
                                  )
13      v.                         )
                                  )  STIPULATION AND [~~PROPOSED~~] *DAD* ORDER
14 RICHARD OLLIE BLAKE OUBICHON,  )  IN SUPPORT OF GOVERNMENT'S MOTION
                                  )  TO DISMISS
15           Defendant.            )
                                  )
16 _____

17

18

19      IT IS HEREBY STIPULATED between the parties, Plaintiff United

20 States of America, by and through United States Attorney Benjamin B.

21 Wagner and Assistant United States Attorney Todd D. Leras, and Danny

22 D. Brace, Jr., Attorney for Defendant Richard Oubichon, that the

23 Court grant the government's motion to dismiss without prejudice the

24 charges in the criminal complaint against defendant Richard

25 Oubichon.

26      The motion to dismiss is made pursuant to Rule 48(a) of the

27 Federal Rules of Criminal Procedure.  Information obtained following

28 the arrest of defendant Richard Oubichon reveals that a

1  misidentification had occurred.  Attorney Brace has authorized AUSA
2  Leras to sign this stipulation on his behalf.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: August 6, 2010                   /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


Dated: August 6, 2010                   /s/ Todd D. Leras for
                                        DANNY D. BRACE, JR.
                                        Attorney for Defendant
                                        RICHARD OLLIE BLAKE OUBICHON

**IT IS HEREBY ORDERED:**

The government's motion to dismiss without prejudice charges in the criminal complaint against Defendant Richard Oubichon is granted.

IT IS SO ORDERED

Date: 8/6/10

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE