

FILED

AUG -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ /s/ _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

                IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   2:10-MJ-0228 DAD
            Plaintiff,           )
                                 )
       v.                        )
                                 )   STIPULATION AND [~~PROPOSED~~] DaD ORDER
RICHARD OLLIE BLAKE OUBICHON,    )   IN SUPPORT OF GOVERNMENT'S MOTION
                                 )   TO DISMISS
            Defendant.           )
_____)

    IT IS HEREBY STIPULATED between the parties, Plaintiff United States of America, by and through United States Attorney Benjamin B. Wagner and Assistant United States Attorney Todd D. Leras, and Danny D. Brace, Jr., Attorney for Defendant Richard Oubichon, that the Court grant the government's motion to dismiss without prejudice the charges in the criminal complaint against defendant Richard Oubichon.

    The motion to dismiss is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Information obtained following the arrest of defendant Richard Oubichon reveals that a

1  misidentification had occurred.  Attorney Brace has authorized AUSA
2  Leras to sign this stipulation on his behalf.
3
4                                    BENJAMIN B. WAGNER
                                     United States Attorney
5
6  Dated: August 6, 2010             /s/ Todd D. Leras
                                     TODD D. LERAS
7                                    Assistant U.S. Attorney
                                     Attorney for Plaintiff
8
9
   Dated: August 6, 2010             /s/ Todd D. Leras for
10                                   DANNY D. BRACE, JR.
                                     Attorney for Defendant
11                                   RICHARD OLLIE BLAKE OUBICHON
12
13
...
28

**IT IS HEREBY ORDERED:**

The government's motion to dismiss without prejudice charges in the criminal complaint against Defendant Richard Oubichon is granted.

IT IS SO ORDERED

Date: 8/6/10

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE