FILED
August 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )    Case No. 2:10-MJ-0228-DAD
v.                        )
                          )    ORDER FOR RELEASE OF
                          )    PERSON IN CUSTODY
RICHARD OLLIE BLAKE OUBICHON, )
                          )
        Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RICHARD OLLIE BLAKE OUBICHON</u>, Case No. <u>2:10-MJ-0228-DAD</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843 (b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ <u>100,000 (co-signed with sister)</u>

        _X_ Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        _X_ (Other) <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 5, 2010</u> at  2:30  pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge